■ In the Matter of ROSE M. GIBSON, Appellant, v THOMAS W. MURTAUGH, JR., Respondent. (Appeal No. 2.) [26 NYS3d 893]— Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered November 19, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition alleging a violation of an order of visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Gibson v Murtaugh* ([appeal No. 1] 137 AD3d 1574 [2016]). Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ In the Matter of THOMAS W. MURTAUGH, JR., Respondent, v ROSE M. GIBSON, Appellant. In the Matter of ROSE M. GIBSON, Appellant, v THOMAS W. MURTAUGH, JR., Respondent. (Appeal No. 3.) [26 NYS3d 893]—Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered November 19, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted Thomas W. Murtaugh, Jr. sole custody of the parties' children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Gibson v Murtaugh* ([appeal No. 1] 137 AD3d 1574 [2016]). Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.